No. 82–1319. WAINWRIGHT, SECRETARY, DEPARTMENT OF CORRECTIONS *v.* GRIZZELL. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1321. HIGA, JUDGE OF THE SECOND CIRCUIT OF HAWAII *v.* MAYO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.